| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Carolyn Shanice Fipps–Reed**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4499<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Northern District of Mississippi | |
| Case number:  22–12615–SDM | | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carolyn Shanice Fipps–Reed

6/3/25                                                                 **By the court:**   Selene D. Maddox
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 22-12615-SDM |
| Carolyn Shanice Fipps-Reed | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 4 |
| Date Rcvd: Jun 03, 2025 | Form ID: 318 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn Shanice Fipps-Reed, 104 Green Ave., Mound Bayou, MS 38762-9594 |
| 4220326 | | Aarons, 701 An Davis Ave, Cleveland, MS 38732 |
| 4220332 | | Baxter Credit Union, P.O. Box 8135, Vernon Hills, IL 60061 |
| 4220334 | | Bestway Rental Inc, Bestway Rent To Own, Dallas, TX 75251 |
| 4220339 | + | Delta OB/GYN, 801 1st Street, Cleveland, MS 38732-2398 |
| 4220340 | + | Destiny, P.O. Box 2303, Columbus, GA 31902-2303 |
| 4220349 | + | MID South Imagining, 4264 Lakeland Dr, Flowood, MS 39232-8804 |
| 4220352 | + | MS Title Loan Max, 707 N Davis, Cleveland, MS 38732-2101 |
| 4220356 | + | Possible Finance, 500 Yale Ave. N, Seattle, WA 98109-5680 |
| 4239278 | | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 4220361 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe, 1750 Elm St, Ste 1200, Manchester, NH 03102 |
| 4220363 | | True Accord, 53 Maiden Lane, 3rd Floor, San Francisco, CA 94108 |
| 4220365 | | Velocity Investment, 1800 NJ-34, #404A, Wall Township, NJ 07719 |
| 4220366 | + | Viking Best Properties, P.O. Box 321, Jackson, MS 39205-0321 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4220328 | + | EDI: LCIICSYSTEM | Jun 04 2025 04:29:00 | AES, Po Box 64378, Saint Paul, MN 55164-0378 |
| 4220330 | | EDI: ATTWIREBK.COM | Jun 04 2025 04:29:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 4416456 | | EDI: ATLASACQU | Jun 04 2025 04:29:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 4220327 | + | Email/Text: bnc@teampurpose.com | Jun 04 2025 00:36:00 | Advance America, 4237-B Lakeland Dr, Flowood, MS 39232-9212 |
| 4220329 | | ^ MEBN | Jun 04 2025 00:26:37 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 4220333 | | Email/Text: bankruptcies.notifications@bcu.org | Jun 04 2025 00:36:00 | BCU, 340 N Milwaukee Avenue, Vernon Hills, IL 60061 |
| 4220331 | + | Email/Text: jcissell@bankofmissouri.com | Jun 04 2025 00:36:00 | Bank of Missouri, 216 W 2nd St, Dixon, MO 65459-8048 |
| 4220335 | + | Email/Text: bankruptcy@bestwayrto.com | Jun 04 2025 00:36:00 | Bestway Rental Inc, 2703 Telecom Pkwy, Ste 190, Richardson, TX 75082-3558 |
| 4220336 | + | Email/PDF: HCABKNotifications@resurgent.com | Jun 04 2025 00:40:57 | Bolivar Medical Center, 901 E. Sunflower Rd., Cleveland, MS 38732-2833 |
| 4220337 | + | EDI: PHINGENESIS | Jun 04 2025 04:29:00 | Celtic Bank Co, P.O. Box 4488, Beaverton, OR 97076-4402 |

Case 22-12615-SDM    Doc 51    Filed 06/05/25    Entered 06/05/25 23:33:59    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0537-1 | User: autodocke | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 03, 2025 | Form ID: 318 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 4220338 | | Email/Text: bankruptcy@credencerm.com | Jun 04 2025 00:36:00 | Credence Resource Mana, P.O. Box 2238, Southgate, MI 48195-4238 |
| 4220688 | + | Email/Text: USAMSN.Bankruptcy@usdoj.gov | Jun 04 2025 00:36:00 | Department of Labor and Workforce, c/o U.S. Attorney, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4220341 | + | EDI: DIRECTV.COM | Jun 04 2025 04:29:00 | DirectTV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 4226848 | | EDI: DIRECTV.COM | Jun 04 2025 04:29:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 4220342 | + | EDI: AMINFOFP.COM | Jun 04 2025 04:29:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4220343 | + | Email/Text: crdept@na.firstsource.com | Jun 04 2025 00:36:00 | First Source Advantage, 205 Bryant Woods, Buffalo, NY 14228-3609 |
| 4220344 | + | EDI: PHINGENESIS | Jun 04 2025 04:29:00 | Genesis FS Card Servic, P.O. Box 23026, Columbus, GA 31902-3026 |
| 4220345 | + | EDI: PHINGENESIS | Jun 04 2025 04:29:00 | Indigo Card, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 4220347 | + | Email/Text: ebone.woods@usdoj.gov | Jun 04 2025 00:36:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4220346 | | EDI: IRS.COM | Jun 04 2025 04:29:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4378633 | | EDI: JEFFERSONCAP.COM | Jun 04 2025 04:29:00 | Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 4220348 | | Email/Text: customerservice.us@klarna.com | Jun 04 2025 00:36:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 4256302 | | Email/Text: bankruptcy@selectmgmt.com | Jun 04 2025 00:36:00 | LoanMax, LLC, 3440 Preston Ridge Rd, Ste 500, Alpharetta, GA 30005 |
| 4220351 | + | Email/Text: bankruptcy@mdes.ms.gov | Jun 04 2025 00:36:00 | MS Dept of Employment, PO Box 1699, Jackson, MS 39215-1699 |
| 4220350 | + | EDI: PHINGENESIS | Jun 04 2025 04:29:00 | Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 4220691 | | EDI: MSDOR | Jun 04 2025 04:29:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson MS 39225-2808 |
| 4220353 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 04 2025 00:41:22 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 4225744 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 04 2025 00:36:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 4220354 | + | EDI: NFCU.COM | Jun 04 2025 04:29:00 | Navy FCU, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 4222160 | + | EDI: NFCU.COM | Jun 04 2025 04:29:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 4220355 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 04 2025 00:36:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 4238651 | + | EDI: JEFFERSONCAP.COM | Jun 04 2025 04:29:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 4220357 | + | Email/Text: bankruptcy@pro-credit.com | Jun 04 2025 00:36:00 | Professional Credit, Po Box 4037, Jonesboro, AR 72403-4037 |
| 4229372 | | EDI: Q3G.COM | Jun 04 2025 04:29:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4236432 | | EDI: Q3G.COM | | |

| District/off: 0537-1 | User: autodocke | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 03, 2025 | Form ID: 318 | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 04 2025 04:29:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4220360 | | Email/Text: bankruptcy@springoakscapital.com | Jun 04 2025 00:36:00 | Spring Oaks Capital, 1400 Crossways Blvd, Suite 100 B, Chesapeake, VA 23334 |
| 4220358 | + | Email/Text: cs@securitycreditservicesllc.com | Jun 04 2025 00:36:00 | Security Credit Servic, 2623 W. Oxford Loop, Oxford, MS 38655-5442 |
| 4220359 | + | Email/Text: BANKRUPTCIES@CABLEONE.BIZ | Jun 04 2025 00:36:00 | Spark Light, 319 College St, Columbus, MS 39701-5702 |
| 4526855 | | Email/PDF: bncnotices@becket-lee.com | Jun 04 2025 00:30:25 | Spring Oaks Capital SPV, LLC, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4220362 | + | EDI: TCISOLUTIONS.COM | Jun 04 2025 04:29:00 | Total Visa, P.O. Box 89940, Sioux Falls, SD 57109-6940 |
| 4220692 | ^ | MEBN | Jun 04 2025 00:26:24 | U. S. Department of Education, In care of U. S. Attorney, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4220364 | ^ | MEBN | Jun 04 2025 00:26:21 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4225715 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 04 2025 00:36:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4220689 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Attn: Special Processing Staff, 100 West Capitol Street, Room 504, Jackson MS 39269 |
| 4220690 | *+ | Internal Revenue Service, In care of U.S. Attorney, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4222162 | *+ | Navy Federal Credit Union, P.O.BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey A. Levingston | jleving@bellsouth.net  MS01@ECFCBIS.com |

District/off: 0537-1 | User: autodocke | Page 4 of 4
Date Rcvd: Jun 03, 2025 | Form ID: 318 | Total Noticed: 57

Kent D. McPhail
    on behalf of Creditor Consumer Portfolio Services Inc. bankruptcynotices@mslawyers.law, KentMcPhailAssociatesLLC@jubileebk.net

Thomas C. Rollins, Jr.
    on behalf of Debtor Carolyn Shanice Fipps-Reed trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
    USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 4